**NOT FOR PUBLICATION**

# In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 26-10069

Non-Argument Calendar

————————————

DARRYL D. MCGHEE,

*Petitioner-Appellant,*

*versus*

SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

*Respondent-Appellee.*

————————————

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 3:24-cv-00134-LC-ZCB

————————————

Before JORDAN, ROSENBAUM, and NEWSOM, Circuit Judges.

PER CURIAM:

Darryl McGhee, a state prisoner proceeding pro se, filed a notice of appeal that we liberally construe as challenging the district court's judgment dismissing his petition for a writ of habeas

corpus and its two orders denying relief McGhee sought in post-judgment filings.  The district court entered its judgment on April 17, 2025 and its post-judgment orders on June 2 and July 10. McGhee's notice of appeal is deemed filed, under the prison mailbox rule, on January 1, 2026.  *See* Fed. R. App. P. 4(c).

Because McGhee's first post-judgment filing, construed as a motion for reconsideration, tolled the time to appeal the judgment, he had 30 days from entry of the June 2 order, or until July 2, 2025, to appeal the judgment.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A); Fed. R. App. P. 4(a)(4)(A)(iv); Fed. R. Civ. P. 59(e).  And he had until July 2 and August 11, 2025, respectively, to appeal the June 2 and July 10 post-judgment orders.  *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A).  His notice of appeal, filed on January 1, 2026, is thus untimely as to the judgment and both post-judgment orders and cannot invoke our appellate jurisdiction.  *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

Accordingly, this appeal is DISMISSED, sua sponte, for lack of jurisdiction.  All pending motions are DENIED as moot.